U.S. Bankruptcy Court
Northern District of Illinois

In re:
Bankruptcy Case No. 12-30673
RICHARD KHOSHABA AND EVETTE KHOSHABA

Debtor

Adversary Proceeding No. 12-01827
PEPPERCORN CAPITAL, LLC

Plaintiff

v.
RICHARD KHOSHABA

Defendant

## SUMMONS IN AN ADVERSARY PROCEEDING

To: RICHARD KHOSHABA

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court |
| Northern District of Illinois |
| 219 S Dearborn |
| Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Sara E Lorber |
| 105 W. Madison St. |
| Suite 400 |
| Chicago, IL 60602 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| Dirksen Federal Building | |
| 219 South Dearborn | Status Hearing Date and Time |
| Courtroom 680 | 01/03/2013 at 10:00AM |
| Chicago IL 60604 | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued
November 27, 2012

Kenneth S. Gardner, Clerk Of Court

ILNB 2012

Peppercorn Capital LLC v. Khoshaba

Adv Proc No: 12-1827

---

Plaintiff v Defendant

## CERTIFICATE OF SERVICE

I, __David Holtkamp__, certify that service of this summons and a copy of the complaint was made __November 27, 2012__ by:

[✓] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
    Richard Khoshaba
    5000 Fargo Ave.
    Skokie, IL 60077

[ ] Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __11/27/2012__    Signature __/s/ David P. Holtkamp__

Print Name: __David P. Holtkamp__

Business Address: __105 W. Madison St., Ste. 1500
Chicago IL 60602__